**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**SHAKURA SLAUGHTER,**

        **Plaintiff,**

    **v.**                          **Civil Action 2:19-cv-3812
Judge Edmund A. Sargus, Jr.
Magistrate Judge Jolson**

**RMLS HOP OHIO, L.L.C., et al.,**

        **Defendants.**

## SCHEDULING ORDER

This matter is before the Court on Defendant's Unopposed Motion to Strike Unredacted Exhibit (Doc. 23). The Unopposed Motion is **GRANTED**. The Court **STRIKES** the exhibits to Defendant's Response to Plaintiff's Motion for Collective Action Certification (Doc. 22-1) from the record. The Clerk is directed to docket Doc. 23-1 as requested by Defendant.

    IT IS SO ORDERED.


Date: March 2, 2020                    /s/ Kimberly A. Jolson
                                          KIMBERLY A. JOLSON
                                          UNITED STATES MAGISTRATE JUDGE