**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SHAKURA SLAUGHTER,**

    **Plaintiff,**

    v.                              **Case No. 2:19-cv-3812**
                                        **JUDGE EDMUND A. SARGUS, JR.**
**RMLS HOP OHIO, L.L.C.,**           **Magistrate Judge Kimberly A. Jolson**

    **Defendant.**

### ORDER GRANTING CONTINUANCE

    This matter arises on Defendant RMLS HOP Ohio LLC's ("RMLS") Unopposed Motion to Reschedule Settlement Conference.  (ECF No. 44.)  For good cause shown, RMLS' motion is **GRANTED**. (*Id.*) The parties' settlement conference shall be conducted virtually via GoToMeeting on **Tuesday, June 21, 2022**, at **1:30 P.M**. Information on how to join the conference will be provided to the parties' separately.

    This case shall remain open.

    **IT IS SO ORDERED.**

**5/20/2022**                                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                                                **EDMUND A. SARGUS, JR.**
                                                                      **UNITED STATES DISTRICT JUDGE**