AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Shakura Slaughter | ) |
| *Plaintiff* | ) |
| v. | ) |
| RMLS-HOP OHIO., L.L.C., et al., | ) |
| *Defendant* | ) |

Civil Action No.      2:19-cv-3812

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:   Pursuant to the Order filed 11/30/2022 this case is closed
_____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for _____

_____

Date:      11/30/2022                              CLERK OF COURT

                                        *Christian M. Wend*
                                        *Signature of Clerk or Deputy*